# PD-0509-15

## NO. 14-09-00292-CR

CHRISTOPHER RAY BARTEN
Appellant

V.

THE STATE OF TEXAS
Appellee

FILED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

IN THE COURT OF

CRIMINAL APPEALS

OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

## PRO SE MOTION REQUESTING LEAVE TO FILE AN ORIGINAL COPY ONLY OF THE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

COMES NOW, CHRISTOPHER RAY BARTEN, "Appellant" pro se in the above-styled and numbered cause and respectfully moves this Honorable Court to grant Leave to file an original copy of the Petition for Discretionary Review and in support thereof would show the Court the following:

1. The style and number in the 14th Court of Appeals is: 14-09-00292-CR, Christopher Ray Barten v. The State of Texas

2. The Appellant moves that, pursuant to Rule 2, Texas Rules of Appellate Procedure, the request to suspend Rule 9.3(b), Texas Rules of Appellate Procedure, that requires the filing of (11) eleven copies of the Petition for Discretionary Review with this Court.

3. The facts relied upon to show good cause for this request are as follows: The Appellant is indigent and incarcerated and does not have access to a photocopier. The Appellant is presently not represented by counsel and intends to file a pro-se Petition for Discretionary Review.

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully requests that this Honorable Court grant leave to file original copy only of the Petition for Discretionary Review with this Court

i

Respectfully Submitted

_____
Christopher Ray Barten Pro-se
TDCJ # 1570691
michael Unit
2664 FM 2054
Tennessee Colony, Texas 75886

## SERTIFICATE OF SERVICE

The Applicant hereby certifies that a true and correct copy of the foregoing motion has been mailed via U.S. Mail to the office of the Criminal District Attorney for Harris County, 1201 Franklin, Suite 600 Houston, Texas 77002 and also via U.S. mail to the office of the State Prosecuting Attorney, P.O. Box 13046, Capitol Station, Austin, Texas 78711, on the 1st day of July, 2015

_____
Christopher Ray Barten, Pro-se

April 27, 2015

2